IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON DIMICH-LASTER,<br><br>Defendant. | CR 23-116-BLG-SPW-1<br><br><br><br>PRELIMINARY ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. (Doc. 28). Cameron Dimich-Laster appeared before the Court on December 1, 2023, and entered a plea of guilty to Counts 1 and 2 of the indictment. Dimich-Laster also admitted the forfeiture allegation as part of his guilty plea. (Doc. 25). Dimich-Laster's guilty plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1), 881(a)(11) and 924(d).

IT IS ORDERED:

THAT Cameron Dimich-Laster's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1), 881(a)(11) and 924(d).

1

- $2,270 in U.S. Currency
- Sig Sauer P239 .380 caliber handgun, SN: 27B076428
- Various Rounds of Ammunition

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1), 853(n)(1), and 881(a)(11) and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this __1st__ day of December, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge